In the Matter of RADIO–KEITH–ORPHEUM CORPORATION, Debtor-Appellee, Joseph H. Basker, J. Louis Rome, and Broadway and 47th Street Corporation, Appellants.

No. 455.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Edwin L. Garvin, of New York City, appearing specially, etc.

William Mallard, of New York City (Kenneth B. Umbreit, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

---

Mayo REISS, Appellant, v. UNITED STATES of America, Appellee.

No. 7629.

Circuit Court of Appeals, Ninth Circuit.

July 1, 1935.

Dunnigan & Brombaugh, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

It appearing that the appellant has died since the taking of the appeal in this cause, and, on stipulation of counsel, it is ordered that the appeal in this cause be, and hereby is, dismissed, and that the question of the exoneration of the bond herein be referred to the District Court for consideration and decision. Mandate forthwith.

---

Benjamin D. RITHOLTZ et al. v. UNITED STATES of America.

No. 5501.

Circuit Court of Appeals, Seventh Circuit.

June 14, 1935.

Samuel E. Hirsch and Julian H. Levi, both of Chicago, Ill., for appellants.

Michael L. Igoe, of Chicago, Ill., for the United States.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

This cause coming on to be heard upon the stipulation of the parties hereto for the dismissal of the appeal in the above and foregoing cause and the court having heard the argument of counsel and being otherwise fully advised in the premises, it is hereby ordered, adjudged, and decreed that the appeal herein be dismissed, without costs.